■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEFFREY A. COYLE, Appellant. [790 NYS2d 903]—Appeal from a

judgment of the Steuben County Court (Joseph W. Latham, J.), rendered February 6, 2002. The judgment convicted defendant, upon his plea of guilty, of attempted sodomy in the first degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v McGovern*, 265 AD2d 881 [1999], *lv denied* 94 NY2d 882 [2000]). Present—Pigott, Jr., P.J., Hurlbutt, Gorski, Martoche and Lawton, JJ.